# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AVON CAPITAL HOLDINGS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:16-cv-00101-RNC |
| | : | |
| WELLS FARGO BANK, N.A. and | : | |
| HSH NORDBANK AG, | : | |
| | : | |
| Defendants. | : | JANUARY 28, 2016 |

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Avon Capital Holdings, LLC, states that it is not publicly held and that its parent company is Avon Capital, LLC, a Wyoming limited liability company that does not have any publicly-held members.

**AVON CAPITAL HOLDINGS, LLC**

Jack E. Robinson (ct16022)
LEYDEN & MAIN LEGAL GROUP, P.C.
25 Seir Hill Road
Norwalk, CT 06850
(203) 905-1970
(866) 941-4617 (fax)
robinsonesq@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2016, a copy of the foregoing was filed electronically and served on the defendants by causing a copy to be forwarded to a process server for service upon the defendants. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Jack E. Robinson