UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AVON CAPITAL HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and,<br>HSH NORDBANK AG,<br><br>    Defendants. | Case No. 3:16-CV-00101-RNC |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Avon Capital Holdings, LLC ("Plaintiff") and defendants Wells Fargo Bank, N.A. ("Wells Fargo") and HSH Norbank AG hereby agree and stipulate to the dismissal of Wells Fargo from the above-captioned matter with prejudice, without costs and all rights of appeal waived.

Dated: April 20, 2016

Respectfully submitted,

AVON CAPITAL HOLDINGS, LLC
By its attorneys,

/s/ [signature]
Jack E. Robinson (ct16022)
LEYDEN & MAIN LEGAL GROUP, INC.
25 Seir Hill Road
Norwalk, CT 06850
Tel: 203-905-1970
Fax: 866-941-4617
robinsonesq@aol.com

Respectfully submitted,

WELLS FARGO BANK, N.A.
By its attorneys,

/s/ Lindsay S. Bishop
Lindsay S. Bishop (ct29990)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175
lindsay.bishop@klgates.com

1

Respectfully submitted,

HSH NORDBANK AG
By its attorneys,

*/s/* Scott Rosen
Scott Rosen (ct01417)
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103
Tel. 860-493-2200
Fax. 860-727-0361
srosen@cbshealaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2016, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ Lindsay S. Bishop
                                                    Lindsay S. Bishop