UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AVON CAPITAL HOLDINGS, LLC and AVON CAPITAL, LLC, | : : : | |
| Plaintiffs, | : : | Case No. 3:16-CV-00101-RNC |
| v. | : : | |
| HSH NORDBANK AG and STROOCK & STROOCK & LAVAN LLP | : : : | SEPTEMBER 14, 2016 |
| Defendants. | : | |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Avon Capital Holdings, LLC and Avon Capital, LLC hereby give notice that the above-captioned action, including the claims and allegations set forth therein, is hereby voluntarily dismissed with prejudice as against defendant HSH Nordbank AG, on the merits, without attorneys' fees or costs and with all rights of appeal waived.

AVON CAPITAL HOLDINGS, LLC
and AVON CAPITAL LLC
By their attorney,

*/s/ Jack E. Robinson*
Jack E. Robinson (ct16022)
LEYDEN & MAIN LEGAL GROUP, P.C.
25 Seir Hill Road
Norwalk, CT 06850
Tel: 203-905-1970
Fax: 866-941-4617
robinsonesq@aol.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jack E. Robinson*
Jack E. Robinson, Esq.

4498288.3